UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 18cr3862 JM |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | ) | |
| CELIA ARELLANO, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Defendant's unopposed motion for an Order terminating supervised release is hereby GRANTED.

IT IS SO ORDERED.

Dated: February 3, 2023

HON. JEFFREY T. MILLER,
U.S. District Judge